# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KEITH ANDREWS and
CHERYL ANDREWS,

    Plaintiffs,

vs.                                  CASE NO.: 3:09cv114/MCR/MD

BRUNSWICK CORPORATION,

    Defendant.
_____/

## O R D E R

This matter was initiated in this court on March 18, 2009, upon Notice of Removal filed by Defendant.  The action originated in the First Judicial Circuit of Florida, in and for Okaloosa County.  It was noted that plaintiffs' counsel in the state court action, Kenneth Lockwood, Patrick J. Cremeens and W.H. "Trip" Ruby, were not admitted to practice in this court and procedures for admissions as well as electronic filing requirements were mailed to Mr. Lockwood, Mr. Cremeens and Mr. Ruby on March 19, 2009.  Defendant has now filed its answer to plaintiffs' complaint.  Prior to issuance of the Initial Scheduling Order, the court will allow plaintiffs' counsel thirty (30) days from the date hereof to complete the requisite attorney admissions and electronic filing procedures.  Alternatively, should neither Mr. Lockwood, Mr. Cremeens nor Mr. Ruby wish to seek admission to this court, plaintiffs shall be allowed thirty (30) days from the date hereof to retain proper representation in this action.  Accordingly, it is

    ORDERED:

    1.    Attorneys Kenneth Lockwood, Patrick J. Cremeens, and W.H. Ruby shall each have until **May 20, 2009**, to complete the requisite attorney admissions and electronic

filing procedures.  Upon admission to the bar of this court, counsel shall file notice of same along with his appearance in this action.

2. Alternatively, plaintiffs shall have until **May 20, 2009**, to retain proper representation in this action.  Any new counsel must file a written notice of appearance within the prescribed time period.

3. The clerk is directed to provide a copy of this order to attorneys Kenneth Lockwood, Patrick J. Cremmens, and W.H. Ruby by regular U.S. mail to Consumer Legal Services, PC, 4707 Gandy Boulevard, Suite 8, Tampa, Florida 33611, and by telephone facsimile to 813-839-3500.  Counsel are directed to immediately provide a copy of this order to plaintiffs.  Should counsel elect not to seek admission to this court, they shall provide this court with the mailing address for plaintiffs no later than **May 20, 2009**.

**DONE and ORDERED** this 20th day of April, 2009.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:09cv114/MCR/MD