# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KEITH ANDREWS and
CHERYL ANDREWS,

    Plaintiffs,

vs.                        CASE NO.: 3:09cv114/MCR/MD

BRUNSWICK CORPORATION,

    Defendant.
                                           /

# O R D E R

    Pursuant to this court's Order of April 20, 2009, plaintiffs' counsel in the state court action were allowed until May 20, 2009, to complete the requisite attorney admissions and electronic filing procedures for admittance to the bar of this court and to file a notice of appearance in this action. In the alternative, plaintiffs were allowed until May 20, 2009, to retain substitute counsel. As of this date, no appearance on behalf of plaintiffs has been made. Accordingly, the court shall permit an additional ten (10) days for counsel to appear on behalf of plaintiffs or otherwise respond to the order. If counsel has not appeared or responded within that time period, the court will consider the case abandoned and enter an order dismissing the case with prejudice.

    The clerk is directed to provide a copy of this order to attorneys Kenneth Lockwood, Patrick J. Cremmens, and W.H. Ruby by regular U.S. mail to Consumer Legal Services, PC, 4707 Gandy Boulevard, Suite 8, Tampa, Florida 33611, and by telephone facsimile to 813-839-3500. Counsel are directed to immediately provide a copy of this order to plaintiffs.

    **DONE and ORDERED** this 28th day of May, 2009.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**