**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

KEITH ANDREWS and
CHERYL ANDREWS,

    Plaintiffs,

vs.                              CASE NO.: 3:09cv114/MCR/MD

BRUNSWICK CORPORATION,

    Defendant.
_____/

**O R D E R**

    This action originated in the First Judicial Circuit of Florida, in and for Okaloosa County and was removed to this court by defendant on March 18, 2009. Plaintiffs' counsel in the state court action were not admitted to practice in this court and procedures for admissions as well as electronic filing requirements were mailed to counsel on March 19, 2009. On April 20, 2009, an order was issued allowing plaintiffs' counsel in the state court action until May 20, 2009, to complete the requisite attorney admissions and electronic filing procedures for admittance to the bar of this court and to file a notice of appearance in this action. In the alternative, plaintiffs were allowed until May 20, 2009, to retain substitute counsel. Thereafter, on May 28, 2009, an order was issued allowing an additional ten (10) days for counsel to appear on behalf of plaintiffs or otherwise respond to the court's order. Plaintiffs were advised that failure to appear or respond within the allotted time would result in dismissal of this cause <u>with prejudice</u>. Plaintiffs have not responded to the order and the time for compliance has elapsed.

    Accordingly, it is ORDERED:

    1.    This cause of action is DISMISSED WITH PREJUDICE for the plaintiffs' failure to comply with an order of the court.

  2. The clerk shall enter judgment accordingly.

  3. The clerk is directed to provide a copy of this order to attorneys Kenneth Lockwood, Patrick J. Cremmens, and W.H. Ruby by regular U.S. mail to Consumer Legal Services, PC, 4707 Gandy Boulevard, Suite 8, Tampa, Florida 33611.

  **DONE and ORDERED** this 12th day of June, 2009.

          _s/ M. Casey Rodgers_
          **M. CASEY RODGERS**
          **UNITED STATES DISTRICT JUDGE**